IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** <br> *Plaintiff, pro se* <br><br> v. <br><br> **TARGET ADVANCE LLC** <br> *Defendant* | : CIVIL ACTION <br> : <br> : NO. 18-2070 <br> : <br> : <br> : <br> : |

# ORDER

**AND NOW**, this 30th day of May 2018, upon consideration of the *motion for permission for electronic case filing* filed by *Pro Se* Plaintiff James Everett Shelton ("Plaintiff"), [ECF 3], it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff shall register for ECF access pursuant to Local Rule 5.1.2(4)(b).

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*