IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** *Plaintiff* | : : : | **CIVIL ACTION** **NO. 18-2070** |
| v. | : : | |
| **TARGET ADVANCE LLC** *Defendant* | : : | |

# ORDER

**AND NOW**, this 1st day of August 2018, upon consideration of Plaintiff's *motion for default judgment* filed pursuant to Federal Rule of Civil Procedure 55(b)(2), [ECF 8], it is hereby **ORDERED** that a hearing is set for **August 23, 2018**, at **1:30 P.M.**, in the United States Courthouse, 601 Market Street, Courtroom 8-B, 8th Floor, Philadelphia, PA, to determine whether service of the complaint and summons was properly effectuated and to determine damages against Defendant.

It is further **ORDERED** that Plaintiff is directed to provide this Court by **August 10, 2018** with one (1) complete set of exhibits intended to be introduced at the hearing concerning service and damages, a list of witnesses, if any, Plaintiff intends to introduce at the hearing, and documentation of expenses incurred in prosecuting this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*