| Statement for | Account number | Bill close date |
|---|---|---|
| james shelton | 949939227 | Feb 06, 2018 |

Continued... **(484) 626-3942**

**Talk**
The date and time corresponds to the local time where the mobile was located.

| Date and time | Number | Description | Type | Min | Amount |
|---|---|---|---|---|---|
| 01/17/18, 11:32 AM | (484) 588-6273 | to WAYNE/PA | - | 1 | - |
| 01/17/18, 11:32 AM | (484) 588-6273 | to WAYNE/PA | - | 2 | - |
| 01/17/18, 5:16 PM | (484) 588-6273 | to WAYNE/PA | - | 1 | - |



**Type**  (A) Call Waiting (B) Call Forward (C) Conference Call (D) Duplicate (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

| Statement for | Account number | Bill close date |
|---|---|---|
| james shelton | 949939227 | Feb 06, 2018 |

Continued... **(484) 626-3942**



**Talk**
The date and time corresponds to the local time where the mobile was located.

| Date and time | Number | Description | Type | Min | Amount |
|---|---|---|---|---|---|
| 01/22/18, 2:47 PM | (484) 588-6273 | to WAYNE/PA | - | 3 | - |

**Type**  (A) Call Waiting (B) Call Forward (C) Conference Call (D) Duplicate (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

Page 8 of 77

| Statement for | Account number | Bill close date |
|---|---|---|
| james shelton | 949939227 | Feb 06, 2018 |

Continued... **(484) 626-3942**

**Talk**
The date and time corresponds to the local time where the mobile was located.

| Date and time | Number | Description | Type | Min | Amount |
|---|---|---|---|---|---|
| 01/25/18, 12:29 PM | (484) 588-6273 | Incoming | - | 1 | - |



**Type** (A) Call Waiting (B) Call Forward (C) Conference Call (D) Duplicate (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

| Statement for | Account number | Bill close date |
|---|---|---|
| james shelton | 949939227 | Mar 06, 2018 |

Continued... **(484) 626-3942**

**Talk**
The date and time corresponds to the local time where the mobile was located.

| Date and time | Number | Description | Type | Min | Amount |
|---|---|---|---|---|---|
| 02/20/18, 11:56 AM | (484) 588-6273 | Incoming | - | 1 | - |

**Type:** (A) Call Waiting (B) Call Forward (C) Conference Call (D) Duplicate (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

 Recents

Edit



# Target Advance LLC

Target Advance LLC

 message    call    video    mail

**January 17, 2018**

11:14 AM          **Missed Call**

phone
+1 (484) 588-6273

Notes

Send Message

Share Contact

Add to Favorites

 Favorites    Recents    Contacts    Keypad    Voicemail

‹ Recents                                    Edit



# Target Advance LLC

Target Advance LLC

   

message        call            video           mail

---

**January 22, 2018**

1:38 PM         **Missed Call**

---

phone
+1 (484) 588-6273

---

Notes

---

Send Message

---

Share Contact

---

Add to Favorites

    

Favorites     Recents     Contacts     Keypad     Voicemail


 

Recents                                            Edit



# Target Advance LLC

Target Advance LLC

         

message          call            video           mail

---

**January 23, 2018**

3:32 PM          **Missed Call**

---

phone
**+1 (484) 588-6273**

---

Notes

---

Send Message

---

Share Contact

---

Add to Favorites

            
Favorites   Recents   Contacts   Keypad   Voicemail



# Target Advance LLC

Target Advance LLC

   

message · call · video · mail

**Yesterday**

1:28 PM    Missed Call

phone
+1 (484) 588-6273

Notes

Send Message

Share Contact




