APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHELTON | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| TARGET ADVANCE FUNDING | : | NO. 2:18-cv-02070 |

FILED
OCT 04 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 3rd Day of October, 2018, it is hereby

ORDERED that the application of BRYAN ANTHONY REO, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

BY THE COURT:

_(signature)_
Nitza I. Quiñones-Alejandro, J.