UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON
    Plaintiff

-against-

TARGET ADVANCE, LLC                            Civil Action No. 2:18-cv-02070-NIQA
    Defendants                                       NOTICE OF MOTION TO
                                                                  DISMISS AMENDED
                                                                  COMPLAINT

      Please note the appearance of Norman M. Valz, of the Law Office of Norman M. Valz, as counsel of record for Defendant, Target Advance, LLC hereby files this Motion to Dismiss Plaintiff's Claims with prejudice.

Philadelphia, Pennsylvania

                                                     Respectfully Submitted,

October 5, 2018

                                                   _____
                                                   Norman M. Valz, Esq.– Attorney for Movant
                                                   Law Office of Norman M. Valz, P.C.
                                                   PA I.D. No. 61338
                                                  205 Arch Street – 2nd Floor
                                                  Philadelphia, PA   19106
                                                  Tel. (215) 756-2424
                                                  Fax (215) 827-5758