# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2070 |
| **v.** | : | |
| | : | |
| **TARGET ADVANCE LLC** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 16th day of April 2019, upon consideration of Defendant's *motion to dismiss*, [ECF 21], Plaintiff's response in opposition, [ECF 22], this Court's Order converting Defendant's motion into a motion for summary judgment and allowing supplemental briefing, [ECF 23], Defendant's supplemental brief, [ECF 24], and Plaintiff's supplemental brief, [ECF 25], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED**, *in part*, as follows:

(1) the motion is **GRANTED** with respect to Counts III and IV, and Counts III and IV are dismissed for a lack of standing; and

(2) the motion is **DENIED** in all other respects.

Defendant shall file an answer to the amended complaint within fourteen (14) days of this Order.

                                                          **BY THE COURT:**

                                                          */s/ Nitza I. Quiñones Alejandro*
                                                          **NITZA I. QUIÑONES ALEJANDRO**
                                                          *Judge, United States District Court*