# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2070** |
| **v.** | : | |
| | : | |
| **TARGET ADVANCE LLC** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 28th day of May 2019, upon consideration of Plaintiff's *motion for continuance*, [ECF 33], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the preliminary pretrial conference in this matter is **CONTINUED** to August 1, 2019, at 10:00 AM in the United States Courthouse, 601 Market Street, Room 8613, Philadelphia, PA. Prior to the preliminary pretrial conference, counsel and any unrepresented party are expected to comply with Federal Rules of Civil Procedure 16 and 26 ("Rules"), and Local Rule of Civil Procedure 16.1.

It is further **ORDERED** that:

1. a party must, without awaiting a discovery request, provide to other parties the disclosures contemplated by Rule 26(a), within fourteen (14) days of the date of this Order;

2. the parties shall commence discovery immediately; and

3. no later than fourteen (14) days prior to the preliminary pretrial conference and after conferring with the attorneys of record and all unrepresented parties, the parties shall file a written report of the Rule 26(f) meeting with the Clerk of Court. Failure to submit the Rule 26(f) Report will result in this Court establishing the applicable deadlines without the input of counsel and/or unrepresented parties.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*