# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2070 |
| **v.** | : | |
| | : | |
| **TARGET ADVANCE LLC** | : | |
| *Defendant* | : | |

## SCHEDULING ORDER

**AND NOW**, this 1st day of August 2019, upon the completion of the initial pretrial conference and pursuant to the provisions of Federal Rule of Civil Procedure 16, it is hereby **ORDERED** that:

1. This matter is referred to United States Magistrate Judge Lynne A. Sitarski for a settlement conference, to be held at 9:30 a.m. on December 16, 2019.

2. All fact discovery shall be completed by December 27, 2019.

3. All expert reports shall be due by January 17, 2020.

4. Any rebuttal expert reports are due by February 7, 2020.

5. Any dispositive motion shall be filed by March 6, 2020, and any response to the dispositive motions shall be filed within 21 days.

6. A final pretrial conference will be held on or about May 22, 2020, to schedule the trial date. Lead trial counsel for each party and any unrepresented party are required to attend. Fourteen (14) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rules 16.1(c) and (d).

Any failure to comply with this Order may result in sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*