UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**JAMES EVERETT SHELTON**
    Plaintiff

-against-

                                                           Civil Action No. 2:18-cv-02070-NIQA

**TARGET ADVANCE, LLC**
    Defendants

_____

**DEFENDANT TARGET ADVANCE, LLC's NOTICE OF MOTION TO COMPEL THE PRODUCTION OF DISCOVERY**
_____

        Counsel for Defendant, Target Advance, LLC, hereby moves this Court to Compel Plaintiff to respond fully and completely to Discovery Requests provided on September 20, 2019. Plaintiff is directed to respond in accordance with the Federal Rules of Civil Procedure.

 Philadelphia, PA
October 30, 2019

                                            Respectfully submitted,
                                            **Law Office of Norman M. Valz, P.C.**

                                            _____
                                            Norman M. Valz, Esq.– Attorney for Movant
                                            Law Office of Norman M. Valz, P.C.
                                            PA I.D. No. 61338
                                            490 Norristown Road - Suite 151
                                            Blue Bell, PA   19422
                                            Tel. (215) 756-2424