# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 18-2070 |
| **v.** : | |
| : | |
| **TARGET ADVANCE LLC** : | |
| *Defendant* : | |

# ORDER

**AND NOW**, this 12th day of November 2019, upon consideration of Defendant's *motion to compel*, [ECF 43], and Plaintiff's response thereto, [ECF 45], it is hereby **ORDERED** that the motion is **DENIED**, without prejudice. Counsel for the parties are ordered to meet and confer in an effort to resolve the discovery disputes raised in the motion and the response. Counsel must then file a joint report to the Court identifying any issue(s) remaining for adjudication. The parties must file this report by no later than November 19, 2019.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Counsel are strongly reminded that they have a responsibility to this Court and their clients to attempt to work out discovery disputes in good faith. Further, Defense counsel is specifically reminded of Local Rule 26.1(f), with which the motion did not comply.