# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**JAMES EVERETT SHELTON**
    Plaintiff

-against-

                               Civil Action No. 2:18-cv-02070-NIQA

**TARGET ADVANCE, LLC**
    Defendants

_____

## STIPULATION FOR DISCONTINUANCE
_____


      Plaintiff James Everett Shelton and the Defendant, Target Advance, LLC hereby file this Joint Stipulation of Discontinuance with Prejudice for this action.  The Plaintiff and Defendants assert the following:

    1.      All parties hereby agreed to the discontinuance with prejudice of Plaintiff's Complaint with this document representing all terms for this discontinuance and/or settlement of claims.

    2.      All claims in the above-captioned action are hereby dismissed with prejudice.

    3.      All parties shall bear their on fees, costs, and expenses.

Respectfully Submitted,




/S/ Bryan Reo
_____         _____
Bryan Reo - Attorney for Plaintiff         Norman M. Valz – Attorney for Defendant